**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 19-1807**

─────────────

MARK DOWNEY,

Plaintiff - Appellant,

v.

WILLIAM P. BARR, U.S. Attorney General; G. ZACHARY TERWILLIGER, U.S. Attorney, Eastern District of Virginia; ROBERT Q. HARRIS, Counsel, Virginia Judicial Inquiry and Review Commission; KARL R. HADE, Executive Secretary, Supreme Court of Virginia; ARLINGTON COUNTY, VIRGINIA; STEPHEN A. MACISAAC, Arlington County Attorney; BENJAMIN SCRIBNER; FAIRFAX COUNTY, VIRGINIA; BELFOR HOLDINGS, INC.; ING/VOYA FINANCIAL, INC.; COMMONWEALTH OF VIRGINIA,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:19-cv-00156-HEH)

─────────────

**No. 19-1895**

─────────────

MARK DOWNEY,

Plaintiff - Appellant,

and

ESTATE OF VIRGINIA DOWNEY,

Plaintiff,

v.

COMMONWEALTH OF VIRGINIA; STEPHEN MACISAAC, County Attorney, Arlington County, Virginia; ARLINGTON COUNTY, VIRGINIA; INA CHANDLER, FOIA Official; MS. QUINTEROS, Substitute FOIA Official,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:19-cv-00196-LO-IDD)

No. 19-1896

MARK DOWNEY,

Plaintiff - Appellant,

and

ESTATE OF VIRGINIA DOWNEY,

Plaintiff,

v.

COMMONWEALTH OF VIRGINIA; ARLINGTON COUNTY, VIRGINIA; STEPHEN MACISAAC; CAPTAIN MICHELLE NUNEVILLE; CHIEF FARR; DR. MARY JANE MAJOR; BELFOR HOLDINGS, INC.,

Defendants – Appellees

and

BELFOR USA GROUP, INC.,

Defendant.

2

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:19-cv-00197-LO-IDD)

---

**No. 19-1901**

---

MARK DOWNEY,

   Plaintiff - Appellant,

  v.

UNITED STATES DEPARMENT OF JUSTICE; UNITED STATES ATTORNEY,

   Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:19-cv-00233-LO-IDD)

---

**No. 19-1906**

---

MARK DOWNEY,

   Plaintiff - Appellant,

  and

ESTATE OF VIRGINIA DOWNEY,

   Plaintiff,

  v.

MARK HERRING, Attorney General; COMMONWEALTH OF VIRGINIA; ARLINGTON COUNTY, VIRGINIA; STEPHEN MACISAAC, Arlington County, Virginia County Attorney; BELFOR USA GROUP, INC.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge.  (1:19-cv-00198-LO-IDD)

Submitted:  January 22, 2020                          Decided:  March 11, 2020

Before FLOYD, THACKER, and RUSHING, Circuit Judges.

No. 19-1807, dismissed and remanded; Nos. 19-1895/1896/1901/1906, affirmed by unpublished per curiam opinion.

Mark Downey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

4

PER CURIAM:

In these consolidated appeals, Mark Downey seeks to appeal the district court's orders dismissing his civil actions for failure to state a claim. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2018); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). In No. 19-1807, the district court dismissed Downey's complaint without prejudice for failure to plead sufficient facts. That order is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal in No. 19-1807 for lack of jurisdiction and remand the case to the district court with instructions to allow Downey to file an amended complaint, subject to the court's dismissal order dated May 23, 2019 and the court's Standing Order dated March 26, 2019. We deny as moot Downey's pending motions in this appeal.

We have reviewed the records in the remaining appeals and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Downey v. Va.*, No. 1:19-cv-00196-LO-IDD (E.D. Va. March 26 & 27, 2019); *Downey v. Va.*, No. 1:19-cv-00197-LO-IDD (E.D. Va. March 26 & 27, 2019); *Downey v. Dep't. of Justice*, No. 1:19-cv-00233-LO-IDD (E.D. Va. Mar. 26 & 27, 2019); *Downey v. Herring*, No. 1:19-cv-00198-LO-IDD (E.D. Va. Mar. 26 & 27, 2019). Although we deny Downey's motion to expedite, we grant his motion to seal, and we direct the clerk's office to seal the motion filed in this court on January 15, 2020, and deny all other pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

5

No. 19-1807, *DISMISSED AND REMANDED;*
Nos. 19-1895/1896/1901/1906, *AFFIRMED*